422 A.2d 699

Levito, Appellant, v. Roach Bros. et al.

 Argued March 22, 1979. Robert S. Lucarini, for appellant; Ralph L. Hose, for appellee Roach Brothers, Harry G. Mahoney, for appellee Old Gladwyne Co., additional defendant; Roger J. Harrington, submitted a brief on behalf of appellee Merion Square.

Before PRICE, SPAETH and LIPEZ, JJ.

Order of the lower court is hereby affirmed.

422 A.2d 699

Michael v. The Aetna Cas. & Surety Co., Appellant.

 Submitted December 6, 1978. Robert A. Rosin, for appellant; Bernard M. Gross, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.